MAY 21 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

Eastern District of Kentucky
FILED
MAY 21 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

Ansar McIver §
pro-se Petitioner §
§
§
v. § Case No. 5:17-069-DCR
§
§
The United States §
of America §
Respondent §

## NOTICE OF APPEAL

COMES NOW, Ansar McIver, pro-se, hereinafter to be known as Petitioner and files this, his Notice of Appeal. Petitioner is a layman of the law and as such, unskilled in its inner workings. Petitioner would ask that this Notice of Appeal be construed liberally. Haines v. Kerner 404 US 519 (1972)

## STATEMENT OF FACTS

Petitioner filed for §3582 Compassionate Release on May 7, 2020, which the court denied. The U.S. Court of Appeals for the Sixth Circuit vacated the

Courts Decision on January 20, 2021 based on its holding in U.S. v. Jones 980 F.3d (6th Cir. 2020) Following remand, the parties filed renewed briefs regarding Petitioner's motion.

Movant's motion was again denied for almost entirely the same reasons. Petitioner now wishes to appeal this decision.

### NOTICE OF APPEAL

Under Federal Rules of Appellate Procedure Petitioner asserts his rights to Appeal the decision of the court.

### CONCLUSION

Petitioner prays this Honorable Court grant this his Notice of Appeal as being construed within the Federal procedural guidelines and place this Notice on the Docket sheet in a timely manner to establish timely appellate procedures.

### CERTIFICATE OF SERVICE

I, Ansar McIver do hereby swear and affirm that a true and correct copy of this Notice of Appeal was placed in the prison mailbox system, first class postage pre-paid on this the 15th of May 2020

Ansar McIver pro-se
BOP# 12235-032