JUN 15 2021

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION

Eastern District of Kentucky
F I L E D
JUN 15 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| ANSAR MCIVER, ) | |
| ) | |
| Movant, ) | Civil No. 5:17-cr-00069-DCR-HAI |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | **NOTICE OF APPEAL** |
| ) | |
| Respondent. ) | |

COMES Petitioner, ANSAR MCIVER, appearing *pro se,* and timely gives notice of his intention to appeal the June 2, 2021 Memorandum Order and Order entered by Judge Danny C. Reeves [Doc. 338 & 339] denying Howard's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

Respectfully submitted,

*Ansar McIver*

ANSAR MCIVER
REG. NO. 12235-032
FCI COLEMAN MEDIUM
FEDERAL CORR. INSTITUTION
P.O. BOX 1032
COLEMAN, FL  33521
Appearing *Pro Se*